**Dismissed and Memorandum Opinion filed February 14, 2019.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-18-00999-CV

---

## MICHAEL BROUSSARD, Appellant

## V.

## LOVELY ABRAHAM, Appellee

---

### On Appeal from the County Court at Law No. 2
### Fort Bend County, Texas
### Trial Court Cause No. 18-CCV-063029

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed November 9, 2018. The notice of appeal was filed November 15, 2018. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless party is excused by statute or by appellate rules from paying costs). Tex. Gov't Code Ann. § 51.207 (2013).

On January 14, 2019, this court ordered appellant to pay the appellate filing fee on or before February 1, 2019 or the appeal would be dismissed. Appellant has not paid the appellate filing fee or otherwise responded to the court's order. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c) (allowing involuntary dismissal of case because appellant has failed to comply with notice from clerk requiring response or other action within specified time).

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Spain.